**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1647**

ERIC M. MCMILLIAN,

                    Plaintiff - Appellant,

          v.

L. G. LECONEY, Officer, Raleigh Police Department,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:09-cv-00175-BR)

Submitted: November 17, 2011        Decided: November 22, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric M. McMillian, Appellant Pro Se.  Hunt Kang Choi, CITY
ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric M. McMillian appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McMillian v. LeConey, No. 5:09-cv-00175-BR (E.D.N.C. filed May 31 & entered June 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED